IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-CR-00033-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JACOBI GEWAYNE HARVEY | ) | |

Upon motion by the Government to vacate the Consent Preliminary Order of Forfeiture [DE 109] as to:

Personal Property:

a) One Taurus 38 caliber pistol, bearing serial number GS27262, seized on July 20, 2016, from a 2008 Chevrolet Suburban registered to JACOBI GEWAYNE HARVEY and Tamsin Norris, and any and all associated ammunition; and

b) One Mossberg shotgun, bearing serial number T514767, seized on July 21, 2016, from 51 Waters Edge Drive, Littleton, North Carolina, and any and all associated ammunition;

and for good cause shown, it is hereby

1

ORDERED that the Consent Preliminary Order of Forfeiture [DE 109] is vacated.

SO ORDERED this 29 day of November 2021.

/s/ Dever
JAMES C. DEVER III
United States District Judge