IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:20-CR-33-D(3)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| versus | ) |
| | ) |
| JACOBI GEWAYNE HARVEY | ) |

## ORDER TO SEAL [DE 139]

For good cause shown in [DE 139], the Clerk is hereby ORDERED to place [DE 139] under the seal of the Court.

This, the ___2___ day of ___December___, 2021.

_____
**James C. Dever III**
**United States District Judge**