IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CR-33-D-3

UNITED STATES OF AMERICA )
)
v. ) **ORDER**
)
JACOBI GEWAYNE HARVEY, )
)
Defendant. )

For the reasons stated in the United States' response in opposition [D.E. 195], the court DENIES defendant's motion for early termination of supervised release [D.E. 190].

SO ORDERED. This 21 day of August, 2025.

JAMES C. DEVER III
United States District Judge